[No. 35180-0-I.   Division One.   December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT A. DUVALL, *Appellant.*

The opinion in the above captioned case which appeared in the advance sheets at 84 Wn. App. 439-47 will not be published in this permanent bound volume pursuant to an order of the Court of Appeals dated July 21, 1997 denying reconsideration, withdrawing the opinion, and substituting a new opinion. See 86 Wn. App. 871.